UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Onica Cox                         :
*Petitioner/Plaintiff*            :
                                  :    Civil Action No.: _____
   v.                             :
                                  :
United Parcel Service, Inc.       :
*Defendant(s)*                    :

**REQUEST FOR APPOINTMENT OF ATTORNEY**

I, Onica Cox, Petitioner/Plaintiff, request appointment of counsel as provided by 42 U.S.C. §2000e-5(f)(1).

1.) I have made a diligent effort to employ an attorney [check appropriate box(es)]:

☑ **CONTACTED PRIVATE ATTORNEY(S)**
*(List all attorney(s) contacted and state why each is not representing you.)*
Halpern Legal Clinic, Aug 2021
Lowenthal and Abrams, P.C., Nov 2021
The Cochran Firm, April 2021
Ben Crump, May 2021
Ciccarelli Law Office, Nov 2021

☐ **CONTACTED A LEGAL AID ORGANIZATION**
*(State when this organization was contacted and why it did not assist you.)*
American Bar Association, Sept 2021
Pennsylvania Bar Association, Sept 2021
Koller Law Firm, April 2021

(Rev. 5/17)

☐     **CONTACTED BAR ASSOCIATION LAWYER REFERRAL SERVICE**, if available. (*State what assistance was provided*.)

_____
_____
_____
_____

2.)     If unable to pay attorney's fees or costs **-** I am financially unable to hire counsel (Complete and file Form 3 **-** <u>In Forma Pauperis</u> Petition)

3.)     I believe I have a claim against the following employer (Give name and address):

United Parcel Service, Inc.
1 Electronic Drive, Horsham, PA 19044
_____
_____

4.)     The reason(s) for my claim are (Give brief employment history with dates and specific reasons for lawsuit):

Harassment, discrimination, & retaliation
Title VII of the Civil Rights Act of 1964 & The Americans with Disability Act
The Genertic Information Nondiscrimination Act & The Age Discrimination in Emp
Equal Pay Act (EPA)
_____
_____
_____

I certify under the penalty of perjury that the foregoing statements are true and correct.

Onica Cox
Signature

November 18, 2021
Date

Rev. 3/18

## NOTICE TO PLAINTIFFS WITHOUT LAWYERS (*Pro Se*)
## IN EMPLOYMENT DISCRIMINATION CASES
## REGARDING APPOINTMENT OF COUNSEL

The purpose of this notice is to inform plaintiffs in employment discrimination cases who are representing themselves, known as proceeding "*pro se*," that the Court has established a panel of volunteer lawyers willing to represent *pro se* plaintiffs in employment discrimination cases by court appointment. If you are proceeding without a lawyer (*pro se*) and cannot afford a lawyer or are unable to hire a lawyer, you may request a lawyer from the panel by filing a motion for appointment of counsel.

If you would like the Court to place your case on the panel, you must complete the form motion and submit it to the Clerk of Court. It is the decision of the Judge assigned to your case whether to grant your request for counsel. If your request is granted, your case will be placed on the panel, which is a password-protected extranet site that can be viewed electronically by lawyers who are members of the panel. Your case will also be placed in "suspense" for a period of ninety days, which means that the case is on hold for that period of time to give lawyers on the panel time to review your case.

Placement of your case on the panel does not guarantee that your case will be accepted by a lawyer. Unless or until a lawyer files a notice of appearance officially notifying the Judge and other parties that he or she is your counsel of record, you are responsible for your own case. If a lawyer does not volunteer to represent you, you must represent yourself unless you are able to hire a lawyer.

If a lawyer on the panel is interested in your case, he or she will contact you about representing you. You will be required to sign a written representation agreement and cooperate with the lawyer throughout the case. Please note that if you are appointed a lawyer from the

Rev. 3/18

panel you still may be required to pay a contingent fee for your lawyer's services or pay litigation costs. Once a lawyer from the panel has entered his or her appearance as your lawyer, Court approval will be required to terminate your lawyer's representation. After your lawyer has been appointed, the Court will schedule your case for an early mediation conference. If a lawyer is appointed to represent you, all communications with the Court should be through your attorney.

Please remember to keep your address and contact information current with the Court throughout your case so that you receive Court orders, and so that lawyers from the panel can contact you if your case is placed on the panel for appointment. The Court's local rules require you to update your address within two weeks of an address change.