# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ONICA COX, | : | |
|     Plaintiff, | : | No. 21-cv-5166-JMY |
| | : | |
| v. | : | |
| | : | |
| UNITED PARCEL SERVICE, INC. | : | |
|     Defendant. | : | |

**ORDER**

**AND NOW,** this 8th day of April, 2024, upon consideration of the Motion to Dismiss for Lack of Prosecution (ECF No. 39) filed by Defendant United Parcel Service, it is hereby **ORDERED** that said Motion will be **GRANTED** for the reasons set forth in the accompanying Memorandum filed by the Court along with this Order.

The above-captioned lawsuit will be **DISMISSED** without prejudice under Federal Rule of Civil Procedure 41(b), and the Clerk of Court is **DIRECTED** to mark this matter **CLOSED**.

BY THE COURT:

    /s/ John Milton Younge
Judge John Milton Younge